```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 MAR 14  P 3: 16

                LORETTA G. WHYTE
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0325 |
| | * | |
| CAJUN OFFSHORE, INC. AND | * | SECTION: "K" (4) |
| ABC INSURANCE COMPANY | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE KAREN WELLS ROBY |

*************************************

### EX PARTE MOTION FOR EXTENSION
### OF TIME TO RESPOND TO DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Cajun Offshore, Inc. who moves this Honorable Court for an extension of time within which to respond to the Interrogatories and Request for Production of Documents propounded by plaintiff Su Van Le. Cajun Offshore, Inc. certifies it has not previously filed a motion for an extension of time to respond to discovery. In addition, Cajun Offshore, Inc. certifies counsel for Su Van Le has expressed no objection to an extension of time nor has counsel for Su Van Le filed an objection to an extension of time. Accordingly, Cajun Offshore, Inc. respectfully requests this Honorable Court allow an additional twenty days or until March 30, 2000 in which to respond

DATE OF ENTRY

MAR 1 6 2000

to the discovery.

        Respectfully submitted,

        REICH, MEEKS & TREADAWAY, L.L.C.

        */s/ Michelle Maraist*
        ROBERT S. REICH, #11163
        MICHELLE L. MARAIST, #21739
        Two Lakeway Center, Suite 1830
        3850 N. Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 830-3999
        *Attorneys for Cajun Offshore, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-0325 |
| | * | |
| CAJUN OFFSHORE, INC. AND | * | SECTION: "K" (4) |
| ABC INSURANCE COMPANY | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the above and foregoing Ex Parte Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Cajun Offshore, Inc. be and it is hereby granted an additional twenty days, until the 30th day of March, 2000, within which to respond to the Interrogatories and Request for Production of Documents propounded by plaintiff, Su Van Le.

NEW ORLEANS, LOUISIANA, this ___15th___ day of ___March___, 2000.

_____
UNITED STATES DISTRICT JUDGE

THIS ORDER GRANTED ON
CONDITION THAT THE TRIAL
DATE IS UNAFFECTED.