FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -3 P 3: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL ACTION NO.: 00-0325 |
| VERSUS | * | SECTION : "K" |
| CAJUN OFFSHORE, INC. AND ABC INSURANCE COMPANY | * | MAGISTRATE: "4" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come defendants, SU VAN LE and M/V GIANG III, sought to be made defendants herein, who, in response to the Counter-Claim of Cajun Offshore, Inc. respectfully represent that undersigned counsel has just received notice of this claim, and that the preparation of responsive pleadings will not be possible within the required deadlines.

Accordingly, defendants respectfully request an additional twenty (20) days within which to complete their initial investigation into these proceedings and within which to answer the counterclaim or otherwise plead with full reservation of all rights of these defendants, including the right to object to the jurisdiction of this Honorable Court.

This is the first such extension of time requested by defendants. Defendants have contacted counterclaim plaintiff's attorney who has no objection to this request.

DATE OF ENTRY

APR 0 7 2000

Respectfully Submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
**KEVIN L. COLE (#4248)
JOHN I. GOODWIN (#21299)**
Two Lakeway Center - Suite 900
3850 N. Causeway Blvd.
Metairie, LA 70002-1752
Telephone No. (504) 830-3833 *Direct Line*
Telefax No. (504) 836-9564 *Direct Fax*
**Attorneys for Defendant,
SU VAN LE and M/V CAPT. GIANG III**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of April, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery           ( X ) **Prepaid U.S. Mail**
( ) Facsimile               ( ) UPS/Federal Express

TO:

Robert S. Reich, Esq.
Michelle L. Maraist, Esq.
3850 N. Causeway Blvd.
Two Lakeway Center, Suite 1830
Metairie, Louisiana 70003

_____
JOHN I. GOODWIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL ACTION NO.: 00-0325 |
| VERSUS | * | SECTION : "K" |
| CAJUN OFFSHORE, INC. AND ABC INSURANCE COMPANY | * | MAGISTRATE: "4" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Defendants Unopposed Motion For Extension Of Time In Which to File Responsive Pleadings*;

IT IS ORDERED by the Court that the defendants, SU VAN LE and M/V CAPT. GIANG III, be and are hereby granted ~~an additional twenty (20) days from the date of this Order~~ up to and including April 24, 2000 within which to answer or otherwise plead to the counterclaim of Cajun Offshore, Inc., with full reservation of all rights of these defendants, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this 6th day of Mar, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE