FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 13 A 10: 52

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 9, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SU VAN LEE                                             CIVIL ACTION

VERSUS                                                 NO. 00-325

CAJUN OFFSHORE INC., ET AL                             SECTION "K"(4)


IT IS ORDERED that the preliminary pre-trial conference by telephone set this date is hereby MOOT, pending the disposition of defendant, Cajun Offshore Inc. filing its' notice of bankruptcy.

DATE OF ENTRY
JUN 1 3 2000

