

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JUN 14  P 2: 17
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**June 14, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | CIVIL ACTION |
| VERSUS | NO. 00-325 |
| CAJUN OFFSHORE, INC. AND ABC INSURANCE CO. | SECTION "K"(4) |

Having received a Notice of Bankruptcy that defendant has filed for relief under Chapter 11 of the Bankruptcy Code on May 24, 2000, plaintiff is unable to pursue its claims against Cajun Offshore, Inc.. Accordingly,

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. It is incumbent upon plaintiff's counsel to move to reopen this matter when the bankruptcy issues are resolved.

DATE OF ENTRY
JUN 1 5 2000