

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC., FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECTION "K" |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | * | MAG. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REOPEN CASE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Su Van Le, who seeks to reopen this matter for the following reasons:

1.

The Court closed this matter for statistical purposes by minute entry dated June 14, 2000, as a result of the bankruptcy filing under Chapter 11 of the Bankruptcy Code by Cajun Offshore, Inc.("Cajun"), defendant herein.

2.

In his Original Complaint, Su Van Le asserted claims against the unknown insurer of Cajun. Plaintiff believes, based on information provided by Cajun, that he has now determined the true

identity of the insurers who underwrote policies covering the type of damages alleged by Plaintiff.

3.

Accordingly, Plaintiff now seeks to reopen the case and file an amended complaint naming Cajun's insurers as defendants, thus allowing Plaintiff to proceed in a direct action against the insurers while respecting the bankruptcy stay protecting Cajun. Plaintiff has also filed a Motion for Leave to File First Amended Complaint this day, to be heard before Magistrate Karen Roby.

**WHEREFORE**, Plaintiff Su Van Le respectfully asks this Court to reopen this matter, as described above.

    Respectfully submitted,

    **SCANDURRO & LAYRISSON, L.L.C.**
    TIMOTHY D. SCANDURRO, Bar No. 18424
    DEWEY M. SCANDURRO, Bar No. 23291
    607 St. Charles Avenue, Suite 100
    New Orleans, Louisiana 70130
    Telephone: (504) 522-7100

    By: _/s/ Dewey M. Scandurro_
        Dewey M. Scandurro

    **LAW OFFICES OF DARRYL BUBRIG**
    DARRYL W. BUBRIG, SR., Bar No. 2228
    8748 Highway 23
    Belle Chasse, Louisiana 70037
    Telephone: (504) 392-0180

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion to Reopen Case and the accompanying Notice have been served on Darryl T. Landwehr, 225 Baronne St. Ste. 2116, New Orleans, Louisiana 70112 and Robert S. Reich, Two Lakeway Center Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, via facsimile transmission, hand delivery and/or by placing same in the United States mail, properly addressed and postage prepaid this day, January 16, 2001.

_____
Dewey M. Scandurro

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC.,FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECTION "K" |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | * | MAG. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO REOPEN CASE

**MAY IT PLEASE THE COURT:**

Plaintiff, Su Van Le, brought this action for damages to his fishing vessel as a result of a collision with a vessel owned by defendant Cajun Offshore, Inc. ("Cajun"). This matter was closed for statistical purposes on June 14, 2000, because Cajun filed for bankruptcy protection under Chapter 11 of the Bankruptcy Code.

In his Original Complaint, plaintiff asserted claims against Cajun and "ABC Insurance Company," because Plaintiff had been unable to learn the identity of Cajun's protection and indemnity insurers. On February 3, 2000, within two days of filing the Original Complaint, Plaintiff propounded discovery to Cajun seeking the identification of its insurers. Cajun answered the Complaint, but over three months passed without a response from Cajun regarding insurance

coverage. Cajun then filed for protection under Chapter 11 of the Bankruptcy Code on May 24, 2000. Thus, the action against Cajun was stayed. Plaintiff subsequently learned the identity of Cajun's insurers through the bankruptcy proceedings, and now seeks to name them as defendants in this matter, while acknowledging that the bankruptcy stay protects Cajun. Accordingly, Plaintiff now seeks to reopen this matter and file an amending complaint naming the insurers as defendants, and acknowledging Cajun's bankruptcy filing. Plaintiff will then proceed against the insurers alone under the Louisiana Direct Action statute, without pursuing Cajun herein. The Motion for Leave to File First Amending Complaint has been filed this day and noticed for hearing before the Magistrate Judge on February 7, 2001.

Even though all actions against Cajun have been stayed because of the bankruptcy proceedings, it is permissible for Plaintiff to pursue the insurer alone, without violating the bankruptcy stay order. Wedgeworth v. Fibreboard Corp., 706 F.2d 541, 546 (5th Cir. 1983); Carway v. Progressive County Mutual Insurance Company, 183 B.R. 769, 774-75 (S.D. Tex. 1995). The policies are believed to have been issued and delivered in Louisiana to Cajun, a Louisiana corporation. The Louisiana Direct Action Statute specifically provides for direct actions against such insurers of parties in bankruptcy. *See* La. R.S. 22:655(B)(1)(a).

## **CONCLUSION**

The bankruptcy stay only applies to Cajun, not its insurers. Accordingly, because no harm will come to the bankruptcy estate and because it is specifically permitted by Louisiana statutory law and case law of the Federal Fifth Circuit, Plaintiff suggests to this Court that this matter should be

reopened and that Plaintiff should be allowed to pursue its claim against Cajun's insurers.

             Respectfully submitted,

             **SCANDURRO & LAYRISSON, L.L.C.**
             TIMOTHY D. SCANDURRO, Bar No. 18424
             DEWEY M. SCANDURRO, Bar No. 23291
             607 St. Charles Avenue, Suite 100
             New Orleans, Louisiana 70130
             Telephone: (504) 522-7100

        By: _____
             Dewey M. Scandurro

**LAW OFFICES OF DARRYL BUBRIG**
DARRYL W. BUBRIG, SR., Bar No. 2228
8748 Highway 23
Belle Chasse, Louisiana 70037
Telephone: (504) 392-0180

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion to Reopen Case has been served on Darryl T. Landwehr, 225 Baronne St. Ste. 2116, New Orleans, Louisiana 70112 and Robert S. Reich, Two Lakeway Center Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, via facsimile transmission, hand delivery and/or by placing same in the United States mail, properly addressed and postage prepaid this day, January 16, 2001.

_____
Dewey M. Scandurro

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC., FAIRFIELD INSURANCE COMPANY and LUMBERMAN'S MUTUAL CASUALTY COMPANY | * | SECTION "K" |
| | * | |
| | * | MAG. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff Su Van Le's Motion to Reopen Case and for Leave to File First Amended Complaint will be heard before the Honorable Stanwood Duval, Jr., on the 31st day of January, 2001, at 9:30 a.m., at the United States District Court for the Eastern District of Louisiana, Room C368, 500 Camp Street, New Orleans, Louisiana 70130.

Submitted by:
SCANDURRO & LAYRISSON, L.L.C.
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

By: _____
       Dewey M. Scandurro

**LAW OFFICES OF DARRYL BUBRIG**
DARRYL W. BUBRIG, SR., Bar No. 2228
8748 Highway 23
Belle Chasse, Louisiana 70037
Telephone: (504) 392-0180

G:\ALL\JKDOCS\2794\PLDG\REOPEN.WPD

1