

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 4: 54

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**February 5, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | CIVIL ACTION |
| VERSUS | NO. 00-325 |
| CAJUN OFFSHORE, INC., ET AL. | SECTION "K"(4) |

A Motion to Reopen Case was filed by plaintiff Su Van Le in which he seeks to reopen this matter to pursue Cajun Offshore, Inc.'s insurers pursuant to the Louisiana Direct Action Statute pursuant to La. Rev. Stat. 22:655(B)(1)(a). As no opposition to the motion has been filed and the Court finding merit in the motion,

**IT IS ORDERED** that the Motion to Reopen (Doc. 10) is **GRANTED** to the extent that plaintiff may pursue his claim directly only against the insurers of Cajun Offshore, Inc.

DATE OF ENTRY
FEB 0 6 2001