

**MINUTE ENTRY**
**ROBY, M.J.**
**February 8, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | CIVIL ACTION |
| VERSUS | NO: 00-0325 |
| CAJUN OFFSHORE INC., ET AL. | SECTION: "K" (4) |

On January 16, 2001, the plaintiff, Su Van Le ("plaintiff") filed a **Motion for Leave to File First Amended Complaint (doc. #11)**, seeking leave to add Fairfield Insurance Company and Lumberman's Mutual Casualty Company as defendants, pursuant to the Louisiana's Direct Action Statute. The plaintiff's motion was set for hearing on February 7, 2001. The defendants have not filed an opposition to the plaintiff's motion.

The Court notes that as a result of the defendant, Cajun Offshore, Inc., filing for Chapter 11 Bankruptcy, the District Judge, on June 14, 2000, closed the instant action for statistical purposes. (Rec. doc. #9). Although the case was recently reopened, it was done so for the limited purpose of allowing the plaintiff to directly pursue his claim **only** against the defendant's insurers. (Rec. doc. #12). The Court notes, however, that in addition to the insurers, the plaintiff's proposed amended complaint also names Cajun Offshore, Inc. as a defendant.

DATE OF ENTRY
FEB 1 2 2001

Accordingly,

**IT IS THEREFORE ORDERED** that the plaintiff, Su Van Le's **Motion for Leave to File First Amended Complaint** (doc. #11) is hereby **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the plaintiff's motion is **GRANTED AS UNOPPOSED** to the extent that it seeks to assert the plaintiff's claim directly against Fairfield Insurance Company and Lumberman's Mutual Casualty Company.

**IT IS FURTHER ORDERED** that the plaintiff's motion is **DENIED** to the extent that it also names Cajun Offshore, Inc. as a defendant.

**IT IS FURTHER ORDERED** that the plaintiff submit a First Amended Complaint consistent with this order, **no later than February 19, 2001**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE