

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC., FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECTION "K" |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | * | MAG. 4 |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Su Van Le, who respectfully seeks leave to file the Second Amended Complaint, attached hereto as Exhibit "A," to permit him to pursue his claims against an additional insurer named therein, who has been recently identified by defense counsel in this matter, and for the reasons set forth in the accompanying Memorandum. The undersigned has obtained the consent of the only other party who has appeared.

Respectfully submitted,
**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

By: _____
Dewey M. Scandurro

DATE OF ENTRY
FEB 2 2 2001

Fee_____
Process_____
X  Dktd_____
__ CtRmDep_____
Doc.No. 15

LAW OFFICES OF DARRYL BUBRIG
DARRYL W. BUBRIG, SR., Bar No. 2228
8748 Highway 23
Belle Chasse, Louisiana 70037
Telephone: (504) 392-0180


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Second Amended Complaint and the accompanying Notice have been served on Robert S. Reich, Two Lakeway Center Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, via facsimile transmission, hand delivery and/or by placing same in the United States mail, properly addressed and postage prepaid this day, February 16, 2001.

_____
Dewey M. Scandurro

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC.,FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECTION "K" |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | * | MAG. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File Second Amended Complaint filed by Plaintiff Su Van Le, and considering the consent of the only other party who has made an appearance, and finding said motion to have merit,

**IT IS THEREFORE ORDERED** that the Plaintiff's motion is hereby GRANTED and the Second Amended Complaint is accepted for filing into the record of this matter.

_____
Karen Wells Roby
United States Magistrate Judge

Submitted by:
**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

By: _____
Dewey M. Scandurro

G:\ALL\JKDOCS\2794\PLDG\AMENPKG2.WPD

1