

```
       FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -6  AM 11:02
   MAR 0 6 2001
   LORETTA G. WHYTE
        CLERK
```

**MINUTE ENTRY**
**DUVAL, J.**
**March 5, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | CIVIL ACTION |
| VERSUS | NO. 00-325 |
| CAJUN OFFSHORE, INC., ET AL. | SECTION "K"(4) |

Having received the attached letter,

**IT IS ORDERED** that the Motion to Review Magistrate Judge's Order (Doc. 14) is **MOOT**.

DATE OF ENTRY
MAR 0 6 2001

17

## SCANDURRO & LAYRISSON, L.L.C.
### ATTORNEYS AT LAW

607 ST CHARLES AVENUE, SUITE 100
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 522-7100
FACSIMILE (504) 529-6199

Belle Chasse Office.
8748 Highway 23
Belle Chasse, Louisiana 70037
(504) 392-3308

**DEWEY M. SCANDURRO**
New Orleans Office

Ponchatoula Office.
125 E. Pine Street
Ponchatoula, Louisiana 70454
(800) 324-0221

February 26, 2001

Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
C368 U.S. Courthouse, 500 Camp
New Orleans, Louisiana 70130

  Re: *Su Van Le v. Cajun Offshore, Inc., et al,* No. 00-325, Section "K", USDC, Eastern District, State of Louisiana

Dear Judge Duval:

  We recently filed a Motion to Review Magistrate Judge's Order in the referenced matter, regarding the magistrate judge's partial denial of our motion for leave to file an amended complaint. We subsequently filed a second motion for leave to add another new insurer. The second motion was unopposed, and has been granted by the Magistrate Judge.

  Accordingly, we believe the Motion to Review, noticed for hearing on March 14, 2001, has been rendered moot.

  If you should have any questions, please do not hesitate to call. With kindest regards, we remain

        Very truly yours,

        Dewey M. Scandurro

DMS/pss
cc: Robert Reich
   Cynthia Thomas
G:\JKDOCS\2794\CORRES\DUVAL2.LT2

RECEIVED FEB 28 2001
CHAMBERS OF
U.S. DISTRICT JUDGE
STANWOOD R. DUVAL