

**MINUTE ENTRY**
**DUVAL, J.**
**May 10, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LEE | CIVIL ACTION |
| VERSUS | NO.   00-325 |
| CAJUN OFFSHORE, INC., *et al* | SECTION "K" |

IT IS ORDERED that a **STATUS CONFERENCE** before Judge Duval in the above-captioned matter is scheduled on **MAY 21, 2001** in Chambers at **11:00 o'clock a.m.** to discuss status of case.

**IT IS FURTHER ORDERED** that Kevin Lawrence Cole may participate via telephone by calling (504) 589-7540.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 1 1 2001