

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 17 AM 11: 52
MAY 17 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | NO. 00-325 |
| | * | |
| CAJUN OFFSHORE, INC., FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECTION "K" |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | * | MAG. 4 |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF PARTIAL DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Su Van Le, who hereby dismisses without prejudice his claims against Fairfield Insurance Company and Lumberman's Mutual Casualty Company. Both of these insurers had been identified in bankruptcy proceedings as the protection and indemnity insurers of defendant Cajun Offshore, Inc., at the time of the casualty which is the subject matter of this proceeding. However, undersigned counsel has recently received documents showing that these insurers' P&I coverages did not commence until after the casualty, and that another insurer provided the relevant coverage. The insurer whose coverage applies, FAI General Insurance Co. Ltd., remains a defendant herein.

Neither Fairfield Insurance Company nor Lumberman's Mutual Casualty Company has appeared herein, undersigned counsel having agreed that no adverse action would be taken pending

Fee_____
Process____
X Dktd_____
✓ CtRmDep___
Doc.No._____

clarification of the coverage issue.

Accordingly, Plaintiff hereby dismisses his claims against Fairfield Insurance Company and Lumberman's Mutual Casualty Company, without prejudice, while reserving his rights to pursue the claims asserted against the remaining defendants herein.

Respectfully submitted,
**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

By: _____
Dewey M. Scandurro

**LAW OFFICES OF DARRYL BUBRIG**
DARRYL W. BUBRIG, SR., Bar No. 2228
8748 Highway 23
Belle Chasse, Louisiana 70037
Telephone: (504) 392-0180

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Partial Dismissal has been served on Robert S. Reich, Two Lakeway Center Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, via facsimile transmission, hand delivery and/or by placing same in the United States mail, properly addressed and postage prepaid this _17_ day of _May_____, 2001.

_____
Dewey M. Scandurro

G:\ALL\JKDOCS\2794\PLDG\DISMISS.WPD

2