

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 21  PM 4: 49
MAY 2 1 2001
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**May 21, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SU VAN LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-325** |
| **CAJUN OFFSHORE, INC., ET AL.** | **SECTION "K"** |

Attending a status conference to discuss the effect of the bankruptcy of FAI General Insurance Company on the prosecution of this matter which was held this day were:

> Dewey Scandurro;
> Kevin Cole; and
> Larry Plunkett

As agreed during the discussion,

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.

It is incumbent upon plaintiff's counsel to move to reopen this matter when the bankruptcy issues are resolved.

DATE OF ENTRY
MAY 2 2 2001

Process_____
X /Dktd _____
_ CtRmDep_____
Doc.No.___24__