

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0325 |
| CAJUN OFFSHORE, INC., FAIRFIELD | * | |
| INSURANCE COMPANY and | * | SECT. "K"   MAG. (4) |
| LUMBERMAN'S MUTUAL CASUALTY | * | |
| COMPANY | | |

### CONSENT MOTION TO REOPEN CASE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Su Van Le, who seeks to reopen this matter for the following reasons:

1.

The Court closed this matter for statistical purposes by Minute Entry dated May 21, 2001, copy attached as Exh. "A", as a result of the bankruptcy of Cajun Offshore, Inc. ("Cajun")'s insurer, FAI General Insurance Company, a defendant in the instant litigation.

2.

Plaintiff Su Van Le and defendant Cajun have now agreed to the mutual dismissal of their claims against each other.

3.

Accordingly, plaintiff now seeks to reopen the case for the sole purpose of filing a Joint Motion for Dismissal with prejudice of all claims at issue herein.

DATE OF ENTRY
OCT 1 2 2001

4.

Defendant's attorney has been contacted and he and his client have no objection to re-opening this case for the purpose of filed a Joint Motion for Dismissal with prejudice of all claims and proposed Order.

**WHEREFORE**, plaintiff Su Van Le respectfully asks this Court to reopen this matter for the foregoing reasons.

Respectfully submitted,

**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 522.7100

By: _____
Dewey M. Scandurro

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _10_ day of October, 2001, served a copy of the foregoing pleading on all counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

_____
Dewey M. Scandurro

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 21 PM 4:49
MAY 2 1 2001
LORETTA G. WHYTE
       CLERK

MINUTE ENTRY
DUVAL, J.
May 21, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LEE | CIVIL ACTION |
| VERSUS | NO. 00-325 |
| CAJUN OFFSHORE, INC., ET AL. | SECTION "K" |

Attending a status conference to discuss the effect of the bankruptcy of FAI General Insurance Company on the prosecution of this matter which was held this day were:

Dewey Scandurro;
Kevin Cole; and
Larry Plunkett

As agreed during the discussion,

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. It is incumbent upon plaintiff's counsel to move to reopen this matter when the bankruptcy issues are resolved.

DATE OF ENTRY
MAY 2 2 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | *  |
| | *   CIVIL ACTION |
| VERSUS | * |
| | *   NO. 00-0325 |
| CAJUN OFFSHORE, INC., FAIRFIELD | * |
| INSURANCE COMPANY and | *   SECT. "K"   MAG. (4) |
| LUMBERMAN'S MUTUAL CASUALTY | * |
| COMPANY | |

### MEMORANDUM IN SUPPORT OF CONSENT MOTION TO REOPEN CASE

**MAY IT PLEASE THE COURT**:

The Court closed this matter for statistical purposes by Minute Entry dated May 21, 2001, (copy attached as Exh. "A" to the accompanying Consent Motion), as a result of the bankruptcy of Cajun Offshore, Inc. ("Cajun")'s insurer, FAI General Insurance Company, a defendant in the instant litigation.

Plaintiff Su Van Le and defendant Cajun have now agreed to the mutual dismissal of their claims against each other.

Plaintiff seeks to reopen the case for the sole purpose of filing a Joint Motion for Dismissal with prejudice of all claims at issue herein. Defendant's attorney has been contacted and he and his client have no objection to re-opening this case for the purpose of filed a Joint Motion for Dismissal with prejudice of all claims and proposed Order.

Accordingly, plaintiff Su Van Le respectfully asks this Court to reopen this matter so that it may be dismissed formally, with prejudice.

Respectfully submitted,

**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 522.7100

By: _____
　　　Dewey M. Scandurro

### CERTIFICATE OF SERVICE

I hereby certify that I have on this __10__ day of October, 2001, served a copy of the foregoing pleading on all counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

_____
　　　Dewey M. Scandurro

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SU VAN LE | * | CIVIL ACTION NO.: 00-0325 |
| VERSUS | * | SECTION : "K" |
| CAJUN OFFSHORE, INC. AND ABC INSURANCE COMPANY | * | MAGISTRATE: "4" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Plaintiff's Consent Motion to Reopen Case for the purpose of filing a Joint Motion for Dismissal with prejudice of all claims at issue herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiff SU VAN LE'S Motion to Reopen this Case for the sole purpose of filing a Joint Motion for Dismissal with prejudice of all claims at issue herein, be and is hereby granted.

New Orleans, Louisiana, this 11th day of October, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE