

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 10 PM 2:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | * |
| | *   CIVIL ACTION |
| VERSUS | * |
| | *   NO. 00-0325 |
| CAJUN OFFSHORE, INC., FAIRFIELD | * |
| INSURANCE COMPANY and | *   SECT. "K"   MAG. (4) |
| LUMBERMAN'S MUTUAL CASUALTY | * |
| COMPANY | |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Su Van Le, and defendant, Cajun Offshore, Inc., and upon suggesting to the Court that they have settled, satisfied and compromised all of their differences, respectfully request that the Court dismiss, with prejudice, the above-entitled and numbered action, each party to bear its own respective costs.

Respectfully submitted,

**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar No. 18424
DEWEY M. SCANDURRO, Bar No. 23291
607 St. Charles Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 522.7100

By: _____
Dewey M. Scandurro

DATE OF ENTRY
OCT 12 2001

Fee _____
Process _____
X / Dktd _____
✓ / CtRmDep _____
Doc.No. _____

REICH, MEEKS & TREADAWAY

By: /s/ Lawrence Plunkett
ROBERT S. REICH, Bar No. 11163
LAWRENCE R. PLUNKETT, JR., Bar No. 19739
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone:   830-3999
Facsimile:   830-3950

### CERTIFICATE OF SERVICE

I hereby certify that I have on this __10__ day of October, 2001, served a copy of the foregoing pleading on all counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

_____
Dewey M. Scandurro

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SU VAN LE | * |
| | *   CIVIL ACTION |
| VERSUS | * |
| | *   NO. 00-0325 |
| CAJUN OFFSHORE, INC., FAIRFIELD | * |
| INSURANCE COMPANY and | *   SECT. "K"   MAG. (4) |
| LUMBERMAN'S MUTUAL CASUALTY | * |
| COMPANY | |

### ORDER OF DISMISSAL

Upon consideration of the foregoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled and numbered action be and the same hereby is dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this 11th day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE

3